IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN O. DeVRIES, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRIVATE LABEL NUTRACEUTICALS, LLC, AVEXYL PHARMA, LLC, ERIKSON PHARMACEUTICALS, BJARTE RENE, and MELISSA RENE,<br><br>Defendants, | CIVIL ACTION FILE<br>NO. 1:15-CV-3794-MHC |

## ORDER

This matter is before the Court on the parties' Consent Motion Seeking Court Approval of Settlement and Dismissal with Prejudice [Doc. 18].

The Court reviewed the Settlement Agreement and Release [Doc. 21-1] to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties'

agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement and Release for all parties are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement and Release was reached between Plaintiff and Defendants in an adversarial context where both parties had legal representation.

Upon consideration of the Consent Motion Seeking Court Approval of Settlement and Dismissal with Prejudice, the Court **ORDERS** that the payment of the settlement amount shall be made as provided in the Settlement Agreement and Release. The parties have agreed that they will be responsible for their own attorney's fees and costs arising from or in any way related to the matters that are the subject of the Settlement Agreement and Release.

Accordingly, the Court **GRANTS** the Consent Motion Seeking Court Approval of Settlement and Dismissal with Prejudice [Doc. 18], **APPROVES** the parties' Settlement Agreement and Release, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 16th day of March, 2016.

_____
MARK H. COHEN
United States District Judge